IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JON ROBBINS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-2763 |
| | : | |
| v. | : | |
| | : | |
| FULTON BANK, N.A., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 6th day of April, 2018, after considering the motion for summary judgment filed by the defendant (Doc. No. 28), the response in opposition to the motion filed by the plaintiff (Doc. No. 29), the defendant's supplemental response (Doc. No. 33), and the plaintiff's response to the defendant's supplemental response (Doc. No. 35), the record presented to the court by the parties, the presentations made to the court by counsel during oral argument on March 15, 2018, and for the reasons set forth in the separately filed memorandum opinion; accordingly, it is hereby **ORDERED** that the motion for summary judgment (Doc. No. 28) is **DENIED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.